ACCEPTED
13-dcv-203447
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/15/2015 2:54:42 PM
CHRISTOPHER PRINE
CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/15/2015 2:54:42 PM
CHRISTOPHER A. PRINE
Clerk

Annie Rebecca Elliott
District Clerk
Fort Bend County, Texas
Yolanda Cole

## CAUSE NO. 13-DCV-203447

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT OF |
| | § | |
| MADELINE DHINDSA-BONIN | § | FORT BEND COUNTY, TEXAS |
| | § | |
| A MINOR CHILD | § | 328TH JUDICIAL DISTRICT |

IN THE INTEREST OF § IN THE DISTRICT COURT OF

MADELINE DHINDSA-BONIN § FORT BEND COUNTY, TEXAS

A MINOR CHILD § 328TH JUDICIAL DISTRICT

## NOTICE OF APPEAL

This *Notice of Appeal* is filed by Petitioner, Jagbir Singh Dhindsa, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.  The trial court, cause number, and style of this case are as shown in the caption above.

2.  The judgment or order appealed from was signed on April 21, 2015.

3.  Jagbir Singh Dhindsa desires to appeal from the portion of the judgment where the Court declined jurisdiction, holding that Texas is an Inconvenient Forum under §152.207 of the Texas Family Code.

4.  This appeal is being taken to either the First or Fourteenth Court of Appeals.

5.  This notice is being filed by Jagbir Singh Dhindsa.

Respectfully submitted,

**ZUKOWSKI BRESENHAN SINEX & PETRY, LLP**

**Maurice Bresenhan, Jr.**
State Bar Number 02959000
1177 West Loop South, Suite 1100
Houston, Texas 77027
713/965-9969
713/963-9169 Facsimile
mbresenhan@zbsplaw.com
Attorney for Petitioner, Jagbir Singh Dhindsa

*Dhi02.01780*
*Notice of Appeal*

## CERTIFICATE OF SERVICE

I certify that a true copy of this *Notice of Appeal* was served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows on this the 15 day of May, 2015:

Catherine Herrington Hale
The Herrington Law Firm, PC
405 Main St., Suite 600
Houston, Texas 77002
*VIA FASCIMILE 713/227-0039*

**Maurice Bresenhan, Jr.**
Attorney for Petitioner, Jagbir Singh Dhindsa

A copy of this notice is being filed with the appellate clerk in accordance with Rule 25.1(e) of the Texas Rules of Civil Procedure.

**Maurice Bresenhan, Jr.**
Attorney for Petitioner, Jagbir Singh Dhindsa